ERNEST G. KITTEL, Respondent, v. MORTON H. HERZOG, Appellant, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARIA ROHRS, Appellant, v. THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK etc., Respondent, Impleaded with Others. THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK etc., Respondent, v. THEATRE ZONE REALTY Co., INC., and Others, Defendants. MARIA ROHRS, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JEANETTE KAUFMAN, Appellant, v. ROGERS DUNSCOMBE and Others, Respondents.—Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SARAH BELLANTONI, as Executrix, etc., of JOHN BELLANTONI, Deceased, Plaintiff, ·v. JONES & LAUGHLIN STEEL SERVICE, INC., Respondent, and O'REILLY CONSTRUCTION CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD ORR, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BERLOWITZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNA E. MAIN, Appellant, v. MEMORIAL HOSPITAL FOR THE TREATMENT OF CANCER AND ALLIED DISEASES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present —,Martin, P. J., McAvoy, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY, as Trustee of the Trusts Created for the Benefit of HARRISON G. OTIS and MAUDE D. HENDRICKSON, under the Last Will and Testament of A. WALKER OTIS, Deceased. MAUDE D. HENDRICKSON, Respondent, Appellant, WILLIAM BRITTON STITT, Special Guardian for MARGARET E. OTIS, an Infant, Appellant, and BANKERS TRUST COMPANY, as Trustee, etc., Respondent.— Decree, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EVERGOOD PROVISION Co., INC., Respondent, v. JULIUS SINGER and HENRY SINGER, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX RINGEL, True Name MAX ABRAHAM, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.